**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 09-cv-02902-LTB-KMT

LINDA PENDLETON,

        Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY, a Connecticut corporation, and
THE BOEING COMPANY, an Illinois corporation,

        Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A) (Doc 2 - filed March 15, 2010), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                      BY THE COURT:

                        s/Lewis T. Babcock
                        Lewis T. Babcock, Judge

DATED: March 16, 2010